UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff

                                                                     CRIMINAL MATTER

vs.                                                              Case No. 3:02CR-95 (AHN)

STACY BYNUM,                                    March 5, 2008

       Defendant

-----------------------------------------------------------x

## MOTION OF DEFENDANT STACY BYNUM TO RE-APPOINT COUNSEL RE: REDUCTION OF SENTENCE CRACK COCAINE OFFENSE 18 U.S.C. §3582

       Defendant Stacy Bynum, in the above-captioned criminal matter, through counsel, respectfully moves the Court hereby to re-appoint undersigned counsel to represent him at this time for purposes of defendant's pending motion to reduce his sentence pursuant to 18 U.S.C. §3582. In making this motion, defendant asserts that undersigned counsel represented defendant at the time of his original sentencing and is in the best position to represent at this new stage in his case. Defendant has been incarcerated since the time of his sentencing and is otherwise without funds to pay for the services of counsel for this important motion.

In making this motion, defendant moves that the order of re-appointment be made *nunc pro tunc* to February 1, 2008. This date is the date when undersigned counsel was first contacted by the defendant regarding representation of defendant at this stage of these proceedings and the date that services commenced.

WHEREFORE, defendant respectfully moves this Court to re-appoint undersigned counsel to represent defendant in his pursuit of relief and reduction of his sentence pursuant to 18 U.S.C. §3582 and in light of Amendment 706 to the United States Sentencing Guidelines. Defendant respectfully moves that his motion be granted.

DEFENDANT, STACY BYNUM

By:_____
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 261-1911
Facsimile (203) 268-1433
Email Address: litigater2@aol.com
Federal Bar No. ct04341

## **CERTIFICATION**

It is certified hereby that a copy of the foregoing was dispatched via first class mail, postage prepaid, this 5th day of March, 2008, to:

Peter D. Markle, Esq.
Asst. United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508

Bruce D. Koffsky, Esq.
1200 Summer Street
Stamford, Connecticut 06905

David Goldstein, Esq.
888 Grand Concourse
Bronx, New York 10451

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, Connecticut 06510

Robert G. Golger, Esq.
Quatrella & Rizio, LLC
One Post Road
Fairfield, Connecticut 06430

Frank J. Riccio, Esq.
P.O. Box 491
Bridgeport, Connecticut 06601

Dan E. LaBelle, Esq.
Halloran & Sage
315 Post Road West
Westport, Connecticut 06880

Paul F. Thomas, Esq.
Asst. Federal Public Defender
2 Whitney Avenue
New Haven, Connecticut 06510

Michael A. Fitzpatrick, Esq.
10 Middle Street, 7th Floor
Bridgeport, Connecticut 06604

Kurt F. Zimmermann, Esq.
Silverstein & Ozach
234 Church Street
New Haven, Connecticut 06510

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604

Michael S. Hillis, Esq.
129 Whitney Avenue
New Haven, Connecticut 06510

_____
John T. Walkley