**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

-----------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff

                                  CRIMINAL MATTER

vs.                                 Case No. 3:02CR-95 (AHN)

STACY BYNUM,                       March 5, 2008

       Defendant

-----------------------------------------------------x

**MOTION OF DEFENDANT STACY BYNUM RE: REDUCTION
OF SENTENCE CRACK COCAINE OFFENSE 18 U.S.C. §3582**

      Defendant Stacy Bynum, in the above-captioned criminal matter, through counsel, respectfully moves the Court hereby to reduce the sentence imposed upon him by the Court on April 30, 2003, pursuant to 18 U.S.C. §3582 and the recent amendments to the sentencing guidelines governing crack cocaine offenses. In this regard, defendant cites the Notice filed by the government in this case dated March 3, 2008, and the addendum disclosed this week by the United State Probation Office.

      In its Notice, the government concludes that this Court should exercise its discretion and reduce the sentence imposed in defendant's case by eighteen (18) months

to 78 months in prison. In its recent Addendum, the Probation Office makes a similar finding and advises the Court that defendant's new release date after the reduction called for by the amended guidelines is January 17, 2008. Whereas this date has already passed, the defendant would be eligible for immediate realease upon the granting of this motion.

WHEREFORE, in light of the foregoing, the Notice of the government, and the Addendum prepared and submitted by the United States Probation Office, defendant respectfully moves this Court to grant this motion to reduce defendant's sentence pursuant to 18 U.S.C. §3582 and in light of Amendment 706 to the United States Sentencing Guidelines. Defendant respectfully moves that his motion be granted.

DEFENDANT, STACY BYNUM

By:_____
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 261-1911
Facsimile (203) 268-1433
Email Address: litigater2@aol.com
Federal Bar No. ct04341

## **CERTIFICATION**

It is certified hereby that a copy of the foregoing was dispatched via first class mail, postage prepaid, this 5th day of March, 2008, to:

Peter D. Markle, Esq.
Asst. United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508

Bruce D. Koffsky, Esq.
1200 Summer Street
Stamford, Connecticut 06905

David Goldstein, Esq.
888 Grand Concourse
Bronx, New York 10451

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, Connecticut 06510

Robert G. Golger, Esq.
Quatrella & Rizio, LLC
One Post Road
Fairfield, Connecticut 06430

Frank J. Riccio, Esq.
P.O. Box 491
Bridgeport, Connecticut 06601

Dan E. LaBelle, Esq.
Halloran & Sage
315 Post Road West
Westport, Connecticut 06880

Paul F. Thomas, Esq.
Asst. Federal Public Defender
2 Whitney Avenue
New Haven, Connecticut 06510

Michael A. Fitzpatrick, Esq.
10 Middle Street, 7th Floor
Bridgeport, Connecticut 06604

Kurt F. Zimmermann, Esq.
Silverstein & Ozach
234 Church Street
New Haven, Connecticut 06510

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604

Michael S. Hillis, Esq.
129 Whitney Avenue
New Haven, Connecticut 06510

_____
John T. Walkley