AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STACY BYNUM | ) | Case No: 3:02cr95 (AHN) |
| | ) | USM No: 14638-014 |
| Date of Previous Judgment: 4/30/03 | ) | John Walkley |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __96__ months **is reduced to** __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __35__         Amended Offense Level: __33__
Criminal History Category: __VI__      Criminal History Category: __VI__
Previous Guideline Range: __292__ to __365__ months   Amended Guideline Range: __235__ to __292__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

■ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __4/30/03__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __3/12/08__                             /s/ Alan H. Nevas
                                                    Judge's signature

Effective Date: __3/13/08__                         Alan H. Nevas, United States District Judge
(if different from order date)                      Printed name and title